IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.  11-mj-00008-GJR

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

ROPER LEE ALTENBERN,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   March 10, 2011**

      Discovery/Status Conference set on March 16, 2011 at 11:15 a.m. is **VACATED** and rescheduled to April 05, 2011 at 9:30 a.m.