IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. Magistrate Judge Gudrun J. Rice

Criminal Case No.  11-mj-00008-GJR

UNITED STATES OF AMERICA,

      Plaintiff,
vs.

ROPER LEE ALTENBERN,

      Defendant.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE GUDRUN J. RICE**
**DATED:   April 20, 2011**

      Detention Hearing review set on April 26, 2011 at 2:00 p.m. is **VACATED** and rescheduled to April 26, 2011 at **11:00 a.m.**